Removeyourcontent , LLC
304 S Jones Blvd # 194
Las Vegas, NV 89107
United States of America
Ph: 845-217-0833
E-mail: notices@removeyourcontent.com
6/20/2020 3:38:03 PM

re:   https://camshowhub.to   ( IP 172.67.172.194 )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of http://profiles.myfreecams.com/ whose exclusive copyrights are being
infringed. The information in this notice is accurate.

Original Works & Copyright Holder(s):
Camgirl Antipiracy
C/O Removeyourcontent LLC
Las Vegas, NV 89107
United States of America
Ph: 845-217-0833

Location of Original Works:
https://profiles.myfreecams.com/AmiraBarbie

The works in question are copyrighted adult pictures and videos.
I have a good faith belief that the items or materials listed below are not authorized
by the above owners, their agents or the law and therefore infringe the owner's rights.
Please act expeditiously to remove or disable access to the infringing material or items
listed as follows - the images, videos and/or download links at the following URL(s):

https://camshowhub.to/profile/myfreecams/amirabarbie/3

Truthfully,
/S/: Jim McAnally, Authorized Agent